| | |
|---|---|
| 1 | BETSY C. MANIFOLD (182450) |
| | manifold@whafh.com |
| 2 | WOLF HALDENSTEIN ADLER |
| | FREEMAN & HERZ LLP |
| 3 | 750 B Street, Suite 2770 |
| | San Diego, CA 92101 |
| 4 | Telephone: 619/239-4599 |
| | Facsimile: 619/234-4599 |
| 5 | Attorneys for Plaintiff Ruthy Parnes |

BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
Facsimile: 619/230-1874
Attorneys for Plaintiff Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Unit

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUTHY PARNES, IN THE RIGHT OF AND FOR THE BENEFIT OF VERISIGN INC., | ) CASE NO. C 06 4165 PJH |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSE~~D] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |
| D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, DANA L. EVAN, QUENTIN P. GALLIVAN, MICHELLE GUTHRIE, DIANA S. KEITH, ROBERT J. KORZENIEWSKI, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, ANIL H.P. PEREIRA, GREGORY L. REYES, WILLIAM A. ROPER, JR., ARNOLD SCHAEFFER, STRATTON D. SCLAVOS, LOUIS A. SIMPSON, RICHARD A. YANOWITCH, | ) |
| Defendants, | ) |
| and | ) |
| VERISIGN INC., | ) |
| Nominal Defendant. | ) |

Caption Continued On Next Page

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

| | |
|---|---|
| PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF THE AMALGAMATED TRANSIT UNION, OF VERISIGN INC., Derivatively on Behalf of Nominal Defendant VERISIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, DANA L. EVAN, QUENTIN P. GALLIVAN, MICHELLE GUTHRIE, DIANA S. KEITH, ROBERT J. KORZENIEWSKI, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, ANIL H.P. PEREIRA, GREGORY L. REYES, WILLIAM A. ROPER, JR., ARNOLD SCHAEFFER, STRATTON D. SCLAVOS, LOUIS A. SIMPSON, RICHARD A. YANOWITCH, <br><br> Defendants, <br><br> and <br><br> VERISIGN INC., <br><br> Nominal Defendant. | CASE NO.  5:06-cv-04902-RMW |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

WHEREAS, there are two related shareholder derivative actions on behalf of nominal defendant Verisign, Inc. ("Verisign") pending before this Court:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Parnes v. Bidzos, et al.* | C-06-4165-PJH | 07/05/06 |
| *Port Authority v. Bidzos, et al.* | C-06-4902-RMW | 09/--/06 |

WHEREAS, the two related Verisign shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

WHEREAS, plaintiffs, after meeting and conferring, agree that Wolf Haldenstein Adler Freeman & Herz, LLP and Barrack, Rodos & Bacine should be appointed as Lead Counsel;[1] and

WHEREAS, plaintiffs and defendants, after meeting and conferring, agree that judicial economy will be served by setting a schedule for defendants' response to the Consolidated Complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**CONSOLIDATION OF ACTIONS**

The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Parnes v. Bidzos, et al.* | C-06-4165-PJH | 07/05/06 |
| *Port Authority v. Bidzos, et al.* | C-06-4902-RMW | 09/--/06 |

1.  The caption of these consolidated actions shall be "*In re Verisign, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master

---

[1] Defendants take no position as to the appointment of Wolf Haldenstein Adler Freeman & Herz, LLP and Barrack, Rodos & Bacine as Lead Counsel.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

- 1 -

1  File No. C-06-4165-PJH. Any other actions now pending or later filed in this Court which arise
2  out of or are related to the same facts as alleged in the above-identified cases shall be consolidated
3  for all purposes, if and when they are brought to the Court's attention.

4      2.    Every pleading filed in the consolidated actions, or in any separate action included
5  herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | ) Master File No. C-06-4165-PJH |
| ——————————————— | ) |
| This Document Relates To: | ) |
| ——————————————— | ) |

    3.    When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-4165-PJH, *Parnes v. Bidzos, et al.*").

    4.    A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

    5.    When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

- 2 -

6. When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

7. When a case which properly belongs as part of *In re Verisign, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to this Court, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c) Make an appropriate entry on the Master Docket. This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Verisign, Inc. Derivative Litigation*.

**APPOINTMENT OF LEAD COUNSEL**

8. The law firms of Wolf Haldenstein Adler Freeman & Herz, LLP and Barrack, Rodos & Bacine shall be appointed Lead Counsel for plaintiffs in the consolidated *In re Verisign, Inc. Derivative Litigation*.[2]

9. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

10. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

---

[2] Defendants take no position as to the appointment of Wolf Haldenstein Adler Freeman & Herz, LLP and Barrack, Rodos & Bacine as Lead Counsel.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

- 3 -

11. Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

12. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

**SCHEDULE RE: FILING CONSOLIDATED COMPLAINT**

13. Plaintiffs shall no later than 45 days from the entry of this Order file and serve a Consolidated Complaint, which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service, pursuant to Rule 4 of the Federal Rules of Civil Procedure, of any of the pre-existing complaints on any of the defendants, or their counsel, shall constitute sufficient service on that defendant. Service shall be effected with respect to any defendant named in any of the consolidated actions by serving the Consolidated Complaint on that defendant or, with permission, that defendant's counsel.

14. Each defendant shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 30 days after service of the opposition.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

- 4 -

1      15.    Defendants need not respond to the initial complaints filed in the above-referenced
2 actions.
3      IT IS SO STIPULATED.

4 DATED: August 30, 2006      WOLF HALDENSTEIN ADLER
5                                  FREEMAN & HERZ, LLP
                               FRANCIS M. GREGOREK
6                                BETSY C. MANIFOLD
                               FRANCIS A. BOTTINI, JR.
7                                RACHELE R. RICKERT

8                                *Betsy C Manifold*
9                                ———————————————————
                               BETSY C. MANIFOLD

10                                750 B. Street, Suite 2770
                               San Diego, California 92101
11                                Telephone: 619/239-4599
                               Facsimile: 619/234-4599
12
                               JACOB T. FOGEL
13                                32 Court Street, Suite #602
                               Brooklyn, New York 11201
14
15                                Attorneys for Plaintiff Ruthy Parnes

16 DATED: August ___, 2006      BARRACK, RODOS & BACINE
                               STEPHEN R. BASSER
17                                JOHN L. HAEUSSLER

18
19                                ———————————————————
                               STEPHEN R. BASSER

20                                402 West Broadway, Suite 850
                               San Diego, CA 92101
21                                Telephone: 619/230-0800
                               Facsimile: 619/230-1874
22
23                                BARRACK, RODOS & BACINE
                               DANIEL E. BACINE
24                                JEFFREY W. GOLAN
                               3300 Two Commerce Square
25                                2001 Market Street
                               Philadelphia, PA 19103
26                                Telephone: 215/963-0600
                               Facsimile: 215/963-0838
27                                Attorneys for Plaintiff Port Authority Of Allegheny County
                               Retirement and Disability Allowance Plan for Employees
28                                Represented by Local 85 of the Amalgamated Transit Unit

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

1  15. Defendants need not respond to the initial complaints filed in the above-referenced
2  actions.
3      IT IS SO STIPULATED.
4  DATED: August ____, 2006         WOLF HALDENSTEIN ADLER
                                    FREEMAN & HERZ, LLP
5                                   FRANCIS M. GREGOREK
                                    BETSY C. MANIFOLD
6                                   FRANCIS A. BOTTINI, JR.
                                    RACHELE R. RICKERT
7
8
9                                           BETSY C. MANIFOLD
10                                  750 B. Street, Suite 2770
                                    San Diego, California 92101
11                                  Telephone: 619/239-4599
                                    Facsimile:  619/234-4599
12
                                    JACOB T. FOGEL
13                                  32 Court Street, Suite #602
                                    Brooklyn, New York 11201
14
                                    Attorneys for Plaintiff Ruthy Parnes
15
16  DATED: August 31, 2006          BARRACK, RODOS & BACINE
                                    STEPHEN R. BASSER
17                                  JOHN A. HAEUSSLER
18
19                                          STEPHEN R. BASSER
20                                  402 West Broadway, Suite 850
                                    San Diego, CA  92101
21                                  Telephone: 619/230-0800
                                    Facsimile:  619/230-1874
22
                                    BARRACK, RODOS & BACINE
23                                  DANIEL E. BACINE
                                    JEFFREY W. GOLAN
24                                  3300 Two Commerce Square
                                    2001 Market Street
25                                  Philadelphia, PA 19103
                                    Telephone:  215/963-0600
26                                  Facsimile:   215/963-0838
                                    Attorneys for Plaintiff Port Authority Of Allegheny County
27                                  Retirement and Disability Allowance Plan for Employees
28                                  Represented by Local 85 of the Amalgamated Transit Unit

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

| | | |
|---|---|---|
| 1 | DATED: August 31, 2006 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | THOMAS ZACCARO |

*/s/ Thomas Zaccaro*

THOMAS ZACCARO

515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: 213/683-6285
Facsimile: 213/996-3285

PAUL, HASTINGS, JANOFSKY & WALKER LLP
THOMAS ZACCARO
CHRIS MCGRATH
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: 858/720-2500
Facsimile: 858/720-2555

Attorney for Nominal Defendant Verisign, Inc.

DATED: August 31, 2006

AKIN, GUMP STRAUSS HAUER & FELD, LLP
STEVEN KAUFHOLD

*/s/ Steven Kaufhold*

STEVEN KAUFHOLD

580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: 415/765-9500
Facsimile: 415/765-9501

Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Dana L. Evan, Quentin P. Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, Scott G. Kriens, Len J. Lauer, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, Gregory L. Reyes, William A. Roper, Jr., Arnold Schaeffer, Stratton D. Sclavos, Louis A. Simpson, Richard A. Yanowitch

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

- 6 -

1 |     Under F.R.C.P. 42(a), the four derivative action cases listed herein are hereby consolidated for all purposes. The law firms of Wolf Haldenstein Adler Freeman & Herz, LLP and Barrack, Rodos & Bacine shall be appointed Lead Counsel for plaintiffs. Plaintiffs shall serve a Consolidated Amended Complaint within 45 days of an order appointing Lead Counsel and Defendants shall file a responsive pleading within 45 days of service of the Consolidated Complaint.

**IT IS SO ORDERED**

Dated: 10/5/06



IT IS SO ORDERED
Judge Phyllis J. Hamilton

VERISIGN:13741.STIP

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

- 7 -

## DECLARATION OF SERVICE

I, BORANY REINBOLD, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on August 31, 2006, declarant served the **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** via U.S. Mail in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of August 2006, at San Diego, California.

_____
BORANY REINBOLD

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD COUNSEL, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - CASE NO. C 06 4165 PJH

- 8 -

VERISIGN, INC.
Service List -- August 31, 2006
Page 1

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| Francis M. Gregorek<br>Betsy C. Manifold<br>Francis A. Bottini, Jr.<br>Rachele R. Rickert<br>WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ, LLP<br>750 B. Street, Suite 2770<br>San Diego, California 92101<br>      619/239-4599<br>      619/234-4599 (fax) | Thomas Zaccaro<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>515 South Flower Street, Twenty-Fifth Floor<br>Los Angeles, CA  900071<br>      213/683-6285<br>      213/996-3285 (fax) |
| Jacob T. Fogel<br>LAW OFFICES OF JACOB T. FOGEL<br>32 Court Street, Suite #602<br>Brooklyn, New York 11201 | Thomas Zaccaro<br>Chris McGrath<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>      858/720-2500<br>      858/720-2555 (fax) |
| Attorneys for Plaintiff Ruthy Parnes | |
| Stephen R. Basser<br>John L. Haeussler<br>BARRACK, RODOS & BACINE<br>402 West Broadway, Suite 850<br>San Diego, CA  92101<br>      619/230-0800<br>      619/230-1874 (fax) | Attorney for Nominal Defendant Verisign, Inc.<br><br>Steven Kaufhold<br>AKIN, GUMP STRAUSS HAUER<br>  & FELD, LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104-1036<br>      415/765-9500<br>      415/765-9501 (fax) |
| Daniel E. Bacine<br>Jeffrey W. Golan<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>      215/963-0600<br>      215/963-0838 (fax) | Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Dana L. Evan, Quentin P. Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, Scott G. Kriens, Len J. Lauer, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, Gregory L. Reyes, William A. Roper, Jr., Arnold Schaeffer, Stratton D. Sclavos, Louis A. Simpson and Richard A. Yanowitch |
| Attorneys for Plaintiff Port Authority Of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Unit | |

*